UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARRYMORE C. COX,<br><br>　　　　　　　Plaintiff,<br>v.<br>LAS VEGAS POLICE DEPARTMENT,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-00915-MMD-CWH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(dkt. no. 4) |

Before this Court is the Report and Recommendation of the United States Magistrate Judge (dkt. no. 4), entered by the Honorable Carl W. Hoffman, Jr. regarding Plaintiff Barrymore C. Cox's Application for Leave to Proceed *In Forma Pauperis* (dkt. no. 1, filed May 31, 2010). No objection was filed to Magistrate Judge Hoffman's Report and Recommendation. This matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)-(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Hoffman should be accepted and adopted in whole.

Accordingly, it is ORDERED THAT the Report and Recommendation (dkt. no. 4) is ADOPTED.

IT IS ORDERED that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (dkt. no. 1) is DENIED. In order to proceed, Plaintiff must pay the filing fee of

$350.00 in accordance with the deadline set forth in Magistrate Judge Hoffman's February 6, 2013 Order.  (*See* dkt. no. 12.)

ENTERED THIS 6th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE