# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARRYMORE C. COX,<br>　　　　　Plaintiff,<br>vs.<br>LAS VEGAS POLICE DEPARTMENT,<br>　　　　　Defendant. | Case No. 2:12-cv-00915-MMD-CWH<br><br>**FINDINGS AND RECOMMENDATION** |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (#1), filed on May 31, 2012. On December 3, 2012, the Court found that Plaintiff's income is sufficient to pay the filing fee and therefore denied Plaintiff's Application. *See* Report and Recommendation #4. In addition, the Court ordered Plaintiff to pay the required filing fee of $350.00 within thirty days of its Order. On January 4, 2013, the Court granted Plaintiff's Motion to Extend Time for Payment of Filing Fee (#7) and ordered Plaintiff to pay the required filing fee within thirty days. *See* Order #8. On February 6, 2013, the Court granted Plaintiff's Second Motion to Extend Time for Payment of Filing Fee (#11). *See* Orders #12 and #13. Thirty days have elapsed and Plaintiff has failed to pay the required filing fee. Accordingly, the Court will recommend dismissal of this action at this time.

Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

**IT IS RECOMMENDED** that this action be **dismissed** for failure to pay the filing fee.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

    Dated this 11th day of March, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge