UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BARRYMORE C. COX, | Case No. 2:12-cv-00915-MMD-CWH |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| LAS VEGAS POLICE DEPARTMENT, | (dkt. no. 14) |
| Defendant. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (dkt. no. 14), entered by the Honorable Carl W. Hoffman, Jr., regarding Plaintiff Barrymore C. Cox's failure to pay the filing fee as ordered by the Court in its February 6, 2013, Orders (*see* dkt. nos. 12 and 13).  No objection was filed to Magistrate Judge Hoffman's Report and Recommendation.  Accordingly, this matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)-(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Hoffman should be accepted and adopted in whole.  Plaintiff's failure to pay the required filing fee necessitates dismissal of this action.

Accordingly, IT IS ORDERED that the Report and Recommendation (dkt. no. 14) is ADOPTED.

1    IT IS FURTHER ORDERED that this action is DISMISSED for failure to pay the
2 filing fee. The Clerk of Court shall close this case.

ENTERED THIS 16th day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE